THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JESSE SHANKS, Respondent.— No opinion. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur. [201 Misc. 511.]

SMITH BROS. PLUMBING CO., Plaintiff, v. ENGINE AIR SERVICE, INC., Appellant; MONROE MILLER, Respondent, et al., Defendants.— The County Court had jurisdiction to try respondent's claim (Civ. Prac. Act, § 69). The facts established that respondent did not fully perform the employment agreement, in that the commitment procured was not unconditional and was not in accordance with the mortgage loan described in the employment agreement. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [See 280 App. Div. 806.]

## (May 12, 1952.)

ANNA ABDOU, Appellant, v. PETER RAFFONE, Respondent, et al., Defendants. The respondent fails to point out in any specific manner any deficiency in the bill of particulars which was furnished. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

RENEE S. EISENBERG, Respondent, v. SEYMOUR S. EISENBERG, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.